FILED
2021 Feb-12 PM 12:05
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT A

JEFFERSON COUNTY CORONER
MEDICAL EXAMINER OFFICE
1515 Sixth Avenue South
Birmingham, Alabama 35233-1601

**NAME:** TOMMY LEE RUTLEDGE

**AUTOPSY NO: 2020-5743**

**DEATH:**   Date:  12/07/2020
            Hour:  2113

**AUTOPSY:**   Date:  12/08/2020
              Hour:  0830-1015

**AGE:** 44 years  **RACE:** Black  **SEX:** Male     **HEIGHT:** 68 inches  **WEIGHT:** 206 pounds

**PATHOLOGIST:** Gregory G. Davis, M.D.     **DEPUTY CORONER:** Phillip Russell

---

### AUTOPSY FINDINGS

I. Evidence of hyperthermia.
   A. Decedent reportedly was in a cell with a temperature of 101-104° F.
   B. Body core temperature 109° F at infirmary.


**CAUSE OF DEATH:**   Hyperthermia.

**MANNER OF DEATH:** Accident.


                                      _[signature]_ 28 DECEMBER 2020
                                      Gregory G. Davis, M. D.
                                      Chief Coroner/Medical Examiner


GGD/jd

**2020-5743**
**TOMMY LEE RUTLEDGE**

**Identification**: A tag attached to the body bag identifies the body as "Tommy Lee Rutledge, 12-8-2020, Russell." A sticker on the reverse bears case number 2020-5743.

**Clothing**: The body is received wearing white boxer shorts and a white T-shirt that has been cut from the body.

**Evidence of Medical Therapy**: The sternum is fractured between the insertions of ribs 3-5.

### EXTERNAL EXAMINATION

**General**: The unembalmed, well preserved body is that of a black male 68 inches in length and weighing 206 pounds. Rigor mortis is broken with difficulty. Blanching purple livor mortis covers the back. The body has been refrigerated and is cool to touch. The body is free of tattoo.

**Head and Neck**: The decedent has tightly curled black and grey hair. The sclerae are white. The irides are brown. The conjunctivae are pink and free of petechiae. The ears are not pierced. The nares are patent. The lips are free of laceration and contusion. The teeth appear healthy, but the right central maxillary incisor is absent. The decedent has a scruffy beard. No fracture is palpable in the zygomatic arches. The neck is appropriately mobile and free of mass and scar.

**Torso**: The hairy chest, protuberant abdomen, back, and anus are free of scar. Both tests are descended.

**Arms**: Striae extend from the shoulders to the elbow on each arm. The arms are free of needle track. No fracture is palpable in the long bones. Five digits are on each hand. The nails are much shorter than the fingertips and clean. The nail beds are purple.

**Legs**: A scar 1 inch in diameter is on the anterior aspect of the right ankle. A 2 inch linear scar is on the dorsal aspect of the left foot. No fracture is palpable in the long bones. The legs are free of edema. Hair grows on the legs. Five toes are on each foot.

### EVIDENCE OF INJURY

The body core temperature was recorded at 109° F at the time of attempted resuscitation. No injury is visible on or within the body at the time of postmortem examination.

### INTERNAL EXAMINATION

**Body Cavities**: The mesothelial surfaces are smooth, glistening, and free of mass. The pleural, pericardial, and peritoneal cavities are free of excess fluid.

**Cardiovascular System**: The coronary arteries arise normally and follow their usual courses. The circulation is right dominant, and the vessels are free of atheroma. Serial sections of the 310 gram heart reveal maroon myocardium free of softening, discoloration, and scar. The left ventricular free wall and interventricular septum are of similar thickness. The chambers are not dilated. The valves are thin, pliant, and normal in form. The aorta contains mild atheroma.

**2020-5743**
**TOMMY LEE RUTLEDGE**

**Pulmonary System**: The left lung is 610 grams. The right lung is 750 grams. Each lung is composed of spongy maroon tissue free of consolidation, thromboemboli, emphysema, and mass. The trachea and bronchi are patent. The tracheal mucosa is smooth and pale purple.

**Liver and Pancreas**: The 1,230 gram liver has an intact capsule and is composed of brown tissue free of mass and scar. The gallbladder contains no stones, and the wall is thin, pliant, and free of mass. The pancreas is composed of tan tissue free of cyst, mass, and scar.

**Lymphoid System**: The 170 gram spleen has an intact capsule and is composed of red tissue free of focal lesion. The cervical, hilar, and peritoneal lymph nodes are not enlarged.

**Endocrine System**: The thyroid is composed of maroon tissue free of cyst, mass, and scar. The adrenal glands are composed of yellow cortices and brown medullae free of mass.

**Gastrointestinal Tract**: The esophageal mucosa is smooth and purple. The stomach is empty. The stomach and duodenum are free of mass and ulcer. No mass is palpable in the small or large intestine. The appendix is present.

**Genitourinary System**: The left kidney is 110 grams. The right kidney is 120 grams. Each kidney is composed of a brown cortex and maroon pyramids free of mass, scar, hemorrhage, abscess, and stone. The left kidney contains a simple cyst 1 cm in diameter. The ureters are not dilated. The bladder mucosa is smooth and pale. The bladder contains clear urine. The prostate is not enlarged.

**Musculoskeletal System**: The ribs and spine are normal in form and free of fracture.

**Neck Organs**: The tongue is free of laceration and contusion. The pharynx is not obstructed. The strap muscles are free of contusion. The thyroid cartilage and hyoid bone are free of fracture. The laryngeal mucosa is pale purple.

**Head and Central Nervous System**: The reflected scalp is free of contusion. The calvarium is free of fracture. The meninges are smooth, glistening, and free of mass. No blood is in the epidural, subdural, or subarachnoid space. The hemispheres are symmetric. The 1,370 gram brain is free of tonsillar, uncal, and cingulate gyrus herniation. The blood vessels at the base are intact and free of dilatation and atheroma. The brain is free of cystic scar, hemorrhage, and mass. The distribution of the grey and white matter is normal. The ventricles are not enlarged and contain no blood.

## MICROSCOPIC EXAMINATION

**Heart (1 section, H&E)**: The myocardium is free of inflammatory infiltrate and necrosis.

**Lungs (2 sections, H&E)**: Sections of the right (with pleura) and left (without pleura) lungs show alveoli normal in form. The sections are free of inflammatory infiltrate and birefringent foreign body material.

**Liver (1 section, H&E)**: Roughly 2% of the hepatocytes show fatty change. The liver is free of both scar and inflammatory infiltrate.

2020-5743
TOMMY LEE RUTLEDGE

**Kidney (1 section, H&E)**: Hyaline scar replaces roughly half the glomeruli. The arteriolar walls are not thickened. No Kimmelstiel-Wilson nodules are evident. The section is free of birefringent foreign body material.

**Brain (1 section, H&E)**: The hippocampal nuclei are free of histopathologic change. The vessels are not inflamed.

## SPECIMENS TAKEN

**Toxicology**: Blood from the ascending portion of the aorta, pulmonary trunk, and inferior vena cava is retained. Blood from the iliac veins, vitreous humor, urine, bile, liver, and brain are retained.

**Radiographs**: None taken.

**Physical Evidence**: Fingerprints and blood samples on filter paper are retained. The blood samples are secured in the specimen room.

**Ancillary Laboratory Studies**: None requested.

2020-5743
TOMMY LEE RUTLEDGE

## CASE SUMMARY

Mr. Tommy Lee Rutledge was a 44 year old black male prisoner who was in a cell with a temperature reported to be 101-104° F. He was found unresponsive, and his body temperature was recorded at 109° F when persons were trying to resuscitate him.

Autopsy showed no visible disease or injury that would account for death. Hyperthermia leaves no visible trace after death. Toxicological analysis detected neither ethanol nor any illicit drug in the body.

It is my opinion, based on the circumstances surrounding death and the findings at autopsy, that Mr. Tommy Lee Rutledge died of hyperthermia. The manner of death is best classified as "accident" for public health certification.

*[signature]* 21 December 2020
Gregory G. Davis, M. D.
**Chief Coroner/Medical Examiner**

GGD/jd

## JEFFERSON COUNTY CORONER/ MEDICAL EXAMINER OFFICE

### BODY DIAGRAM



"T. RUTLEDGE 20-5743"

1 in contusion

1 in scar
2 in scar

Decedent's Height __68__ inches
Weight __206__ pounds

CORONER - 21

Name __
Examined /

Jefferson County Coroner/Medical Examiner's Office
2020-5743    DOD: 12/7/2020    Exam: 12/8/2020
Tommy Lee Rutledge
Age: 44   B/M   DOB: ▮▮▮▮
Dr. Gregory G. Davis / Deputy Coroner Phillip Russell
Description:

**UAB** The University of Alabama at Birmingham
Department of Pathology
Division of Forensic Pathology
Toxicology Section

## TOXICOLOGICAL ANALYSIS REPORT

**NAME:** Tommy Lee Rutledge  **Case No.** 2020-5743

**RECIEVED FROM:** Jefferson County Coroner Medical Examiner  Gregory G. Davis, M.D.

**RECEIPT DATE:** 12/10/2020  **REPORT DATE:** 12/10/2020

| Specimen | Analysis | Method | Results* |
|---|---|---|---|
| Blood, Central | Ethanol | GC | ND |
| Urine | DA | EMIT | NDD |
|  |  |  |  |

DA = Drugs of abuse (Amphetamine, Barbiturates, Benzodiazepines, Cocaine M (Cocaine Metabolite), Opiates, Fentanyl, 6-Monoacetylmorphine (6-MAM), Tricyclic Antidepressants, Methadone)
NA = Not analyzed
ND = Not detected
NDD = No drugs detected
P = Present, not quantified
QNS = Quantity not sufficient for analysis
*Units = Alcohol and Volatiles, gm/dL; Blood, mg/L; and Tissue, mg/kg; co, %

ARUP Laboratories, 500 Chipeta Way, Salt Lake City, Utah 84108
NMS Labs, 3701 Welsh Road, Willow Grove, PA 19090

C.A. Robinson, Ph.D., DNBCC
Director, Forensic Toxicology

printed: 12/10/2020  1:30:13 PM



# Jefferson County Coroner/Medical Examiner's Office

**Coroner Report**

1515 6th Avenue South, Suite 220, Birmingham, Alabama 35233
Office: (205) 930-3603   Email: Coroner@jccal.org
Fax: (205) 930-3595   Webpage: www.jccal.org/coroner

**Jurisdiction** Assumed  **Division** Bessemer  **Incident** in-custody  **To C/ME** Yes  **Case #** 2020-5743
**Called by** DOC Intelligence & Investigations  **Date** 12/7/2020  **Time** 2357  **Scene** No  **Arrival time**
**Family notified** Yes  **Name** Kathy Rutledge Resby  **Relationship** mother  **Date** 12/7/2020  **Time** 2130
**Death certificate to be signed by** Gregory G. Davis

## Decedent Information:
**Decedent name** **First** Tommy  **Middle** Lee  **Last** Rutledge
**AKA: First** Thomas  **Middle** Lee  **Last** Rutledge
**Age** 44  **Race** B  **Sex** M  **Date of Birth** [REDACTED]
**Home address** 100 Warrior Lane Bessemer, Alabama  **Zip** 35023  **Occupation**

## Family/Informant:
**Name** Kathy Rutledge Resby  **Relationship** mother  **Phone** C: [REDACTED]
**Address** [REDACTED]  **Zip** [REDACTED]  **Phone**
**Name**  **Relationship**  **Phone**
**Address**  **Zip**  **Phone**

## Particulars of Death:
|  |  | Zip | Date | Time |
|---|---|---|---|---|
| Last seen alive | 100 Warrior Lane Bessemer, Alabama | 35023 | 12/7/2020 | 1800 |
| Place of injury | 100 Warrior Lane Bessemer, Alabama | 35023 | 12/7/2020 | |
| Place found | 100 Warrior Lane Bessemer, Alabama | 35023 | 12/7/2020 | 2000 |
| Place of death | 100 Warrior Lane Bessemer, Alabama | 35023 | 12/7/2020 | 2113 |

**Pronounced by** Dr. Wilson - Donaldson Correctional  **On the job** No
**Police agency** DOC Intelligence & Investigations  **Agency case #**
**Officer** Hopper  **Technician**  **Detective**
**Identified:** Yes  **Method** visual (scene)  **By** Alabama Dept. of Correction
**Location** Alabama Dept. of Corrections  **Date** 12/7/2020  **Time**

## Condition of Decedent and Premises:
**Rigor**  **Livor**  **Body temp**  **Medical record #**
**Condition of premises** Alabama State Prison (William Donaldson Correctional Facility)

## Disposition of Decedent:
**Disposition** Brighton FH  **Per** Kathy Rutledge Resby  **Relationship** mother
**Released by** Stacie Amason  **Date** 12/9/2020  **Time** 1425
**Remarks:**

_____  12/7/2020
**Investigator:** Deputy Coroner Phillip Russell   Date

_____  12/9/2020
**Supervisor:** Chief Deputy Coroner Bill Yates   Date

printed: 12/9/2020  4:28:42 PM

# Jefferson County Coroner/Medical Examiner's Office

**Coroner Narrative**

1515 6th Avenue South, Suite 220, Birmingham, Alabama 35233
Office: (205) 930-3603     Email: Coroner@jccal.org
Fax: (205) 930-3595       Webpage: www.jccal.org/coroner

**Circumstances Surrounding Death**     **Deputy Coroner:** Phillip Russell     **Case #** 2020-5743

On December 7, 2020 at 2354 hours the Alabama Department of Corrections Intelligence and Investigations Investigator Hooper informed the Jefferson County Coroner's Medical Examiner's Office of the death of inmate(Tommy Lee Rutledge) at William E Donaldson Correctional Facility(undetermined). The decedent(Tommy Lee Rutledge) was pronounced in the infirmary at 2113 hours by Dr. Wilson/William E Donaldson Correctional Facility).

According to Alabama Department of Corrections I and I Investigator Hooper the decedent was last seen in his cell alive was at approx. 1800 hours on December 7, 2020 by another inmate known as a runner for the prison. According to Alabama Department of Corrections I and I Investigator Hopper the same inmate(the runner) found the decedent unresponsive 2000 hours and alerted the medical personal who responded to the decedent's cell. According to the Alabama Department of Corrections I and I investigator Hopper life saving procedures(CPR) was started in the decedent's cell and continued in the infirmary until death was pronounced.

According to the Alabama Department of Corrections I and I Investigator Hopper the decedent was being housed in the mental health ward of the prison. According to Investigator Hopper the decedent was in his cell alone(mental health ward one inmate per cell). According to Investigator Hopper the decedent's medical history was mental health issues.

According to Investigator Hopper the decedent was found in his cell sitting near the window of his cell with his head/face facing out the window believed attempting to breath/obtain cool/cold air. According to Investigator Hopper the temperature in the decedent's cell was approx. 101 degrees to 104 degrees. According to Investigator Hopper the medical personal stated (supposed to be in medical records) the decedent's body core temperature was 109 degrees.

According to Investigator Hopper he observed no signs of foul play about the decedent's person and no signs of foul play about the decedent's prison cell. According to Investigator Hopper once the heat is on each cell cannot regulate of adjust the temperature in the cells. According to Investigator Hopper on the mental health ward the decedent/other inmates never leave their cells, they eat/bathe in their cells. According to Investigator Hopper the decedent/other inmates have limited access to a day room just out side their cells.

Jurisdiction was assumed the decedent was transported to Cooper Green Morgue for examination. The decedent was transported by Steele City Transport.

According to Investigator Hopper the correctional facility chaplain will make notification of the death to the decedent's family.