FILED
2022 Jun-16 AM 10:48
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT C

NCDT004

# Alabama Department of Corrections
## DUTY OFFICER REPORT

| 1. Institution/Division: WILLIAM E. DONALDSON CORR. FAC | 2. Date 12/7/2020 | 3. Time 8:20:00 PM | 4. Inc. No: Class Code: | WDCF-20-04280 B |
|---|---|---|---|---|

| 5. Type of Incident - PRIMARY: |
|---|
| Inmate Death - Natural |

| 6. Type of Incident - Secondary: |
|---|
| N/A |

| 7. Location of Incident: | T-Block Cell T-13 |
|---|---|

**8. Victim(s):**

| Name | AIS | R/S | DOB | Sentenced From | Date | Length | Min Rel | STG Name |
|---|---|---|---|---|---|---|---|---|
| RUTLEDGE, TOMMY | 00183416 | B/M | | JEFFERSON | 08/18/1995 | 999Y 99M 99D | 12/31/9999 | |
| Offense(s) | MURDER, ROBBERY I | | | | | | | |

**9. Suspect(s):**

| Name | AIS | R/S | DOB | Sentenced From | Date | Length | Min Rel | STG Name |
|---|---|---|---|---|---|---|---|---|
| RUTLEDGE, TOMMY | 00183416 | B/M | | JEFFERSON | 08/18/1995 | 999Y 99M 99D | 12/31/9999 | |
| Offense(s) | MURDER, ROBBERY I | | | | | | | |

**BRIEF Narrative:**

On 7 December 20 at approximately 8:20PM, Officer Christie Sansing was advised by a T-Block Runner that Inmate Tommy Rutledge B/183416 (T-13 - NKGA) was unresponsive. At approximately 8:21PM, Officer Sansing called for a supervisor to report to t-Block. At approximately 8:22PM, Officer Corey Eller entered T-Block. At approximately 8:25PM, Lieutenant Tim Pope entered T-Block and went directly to cell T-13 where he found Inmate Rutledge sitting up on his bed unresponsive. At approximately 8:26PM, Lieutenant Pope contacted the Infirmary and asked for Medical Staff to report to T-Block with a gurney and an AED. At approximately 8:28PM, Medical Staff entered t-Block and immediately began CPR on Inmate Rutledge. At approximately 8:29PM Medical Staff deployed the AED and continued CPR until approximately 8:55PM. At approximately 8:56PM, Inmate Rutledge was moved to the Infirmary where CPR was continued. At approximately 8:57PM, Lieutenant Pope advised Warden II Phyliss Morgan of this incident. At approximately 8:59PM, Lieutenant Pope advised Warden III Kenneth Peters of this incident. At approximately 9:00PM, Lieutenant Pope contacted I&I Investigator Terry Loggins and advised him of this incident. At approximately 9:10PM, an RPS ambulance arrived at the WEDCF Back Gate with Paramedics Bridgett and Mathis. At approximately 9:20PM, Paramedics Bridgett and Mathis departed the WEDCF Back Gate without Inmate Rutledge. At approximately 9:13PM, On-Call Physician Walter Wilson pronounced Inmate Rutledge deceased. At approximately 9:27PM, Lieutenant Pope advised Regional Coordinator Edward Ellington of this incident. At approximately 9:36PM, Lieutenant Pope advised Chaplain George Adams of this incident. At approximately 9:40PM, Chaplain Adams advised Lieutenant Pope that he was able to contact Inmate Rutledge's next of kin, his mother, Kathy Rutledge. Inmate Rutledge's final cause of death is pending Autopsy Report 12/7/2020 10:17 PM by timothy.pope 12/7/2020 10:17 PM by timothy.pope