FILED
2022 Jun-16 AM 10:48
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT D

# DEATH INFORMATION

In the event of a death of an Inmate the following information will need to be obtained prior to calling the manager on call (H.S.A/DON).

Inmate Name: Rutledge Tommy

AIS #: 183416    DOB: ███

Date and Time of Death: 12-7-2020   2113

Who Pronounced Death: Dr. Walter Wilson

If Inmate in Hospital at TOD, what was Admission Date: N/A

Who reported death from Hospital: N/A

DOC Officer Notified: Lt. Pope

Description of the event as it took place: Inmate Found sitting up leaning against wall. No spontanous respiration or heartbeat. CPR started @ 2025, Defiberlated advised no shock. Time of Death 2113

DNR: Yes or (No)

If No, CPR initiated at (Time): 2025   Ambulance arrived at (Time): 2121

Chronic Care Clinics: (+) PPD

Chronic Care Last Seen Date: 3/2020

Sick Calls: 2/2019 c/o "my eyes are stuck together every morning"

Comments of Concerns: Per Lt Pope temp ✓ of cell and surrounding cells ranged between 101° → 104°

CORE TEMPERATURE: 109.7
108.1 rev

May 12, 2020