IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **LAVENTRA DENICE RUTLEDGE**, as Administratrix of the Estate of Thomas Lee Rutledge, deceased, | ) ) ) ) |
| **Plaintiff,** | ) ) |
| v. | ) ) ) |
| **CHRISTIE SANSING**, *et al.*, | ) ) |
| **Defendants.** | ) |

Case No. 2:21-CV-00226-RDP

**FOURTH JOINT STATUS REPORT**

Pursuant to this Court's Order (Doc. No. 159) and the February 9, 2023, Third Joint Status Report (Doc. No. 153), Plaintiff Laventra Denice Rutledge ("Plaintiff") and Defendants Kenneth Peters, Phyllis Morgan, Kristi Sansing, John Rodgers, Charles Dean, Geoffrey Griffin, Billy Kennedy, P&M Mechanical, Inc., Taylor Electrical Contractors, Inc., LS&R, LLC., STC World Wide, LLC and Automated Logic Contracting Services, Inc., (collectively, "Defendants" and together with Plaintiff, the "Parties") hereby submit their Fourth Joint Status Report proposing new deadlines for limited discovery and motion practice on the issue of whether certain defendants are entitled to the defense of qualified immunity. The parties state as follows:

1. On February 7, 2023, Plaintiff served notice of multiple depositions on all defendants. At that time, Plaintiff's proposed nineteen (19) total depositions—fourteen (14) depositions in addition to the five (5) remaining defendants asserting qualified immunity, and permission to take up to a total of twenty-five (25) depositions.

2. On February 9, 2023, the Parties filed a Third Joint Status Report laying out the status of discovery, and the Parties' various positions on the scope and breadth of this limited phase

of discovery. In the Third Joint Status Report, Defendants objected to Plaintiff's proposed additional depositions as beyond the limited scope of qualified immunity.

    3.    On February 23, 2023, the Court held a status conference in which all Parties participated. Following that status conference, the Court issued an order (Doc. No. 159). The Court ordered that Plaintiff be allowed to take the depositions of the individual Defendants who assert qualified immunity, not including those previously deposed, and that those depositions be completed by April 7, 2023. Further, the Court ordered the Parties to meet and confer, with a court reporter present, the week of April 10, 2023, and file a joint status report on or before April 21, 2023.

Pursuant to the Court's order, Plaintiff deposed Kristi Sansing, Kenneth Peters, John Rodgers, Geoffrey Griffin, and Charles Dean the week of March 20, 2023, through March 24, 2023. Plaintiff's counsel previously deposed Defendants Morgan and Kennedy. Counsel has now deposed all currently named defendants who assert defenses of qualified immunity.

    4.    The Parties have conferred, as ordered by the Court, on April 14, 2023, at the office of Plaintiff's counsel and by Zoom with a court reporter present. After presenting their respective positions, the parties have agreed to the following compromise for completing qualified immunity fact discovery:

    a)    Plaintiff will send the following interrogatory to the HVAC contractor defendants: *Identify each date that personnel associated with the 2019-2020 HVAC renovation were present at Donaldson between August 25, 2020 and December 7, 2020, and for each date identified, identify the specific persons associated with the renovation project that were present, the work that was performed, and the specific area(s) of the prison where such work was performed.*

b) Plaintiff will take the following depositions: Burt Teel, Inmates Jenkins and Abbott, and one nurse.

5. The Parties propose the following schedule for the remaining qualified immunity discovery:

    a. Additional fact depositions related to qualified immunity to be completed by July 24, 2023.

    b. Expert disclosures to be made and reports due by August 24, 2023 for Plaintiff, and by September 25, 2023 for Defendants asserting qualified immunity defenses.

    c. Expert Depositions to be completed by October 23, 2023.

    d. Dispositive Motions relating to qualified immunity to be filed by November 21, 2023, with Plaintiff's response due December 22, 2023, and Defendants' reply due January 12, 2024.

Respectfully submitted this 21st day of April 2023.

*/s/ William R. Lunsford*
William R. Lunsford
Matthew B. Reeves
Lynette E. Potter
William J. Cranford III
**BUTLER SNOW LLP,**
200 West Side Square
Suite 100
Huntsville, AL 35801
Telephone: (256) 936-5650
Facsimile: (256) 936-5651
bill.lunsford@butlersnow.com
matt.reeves@butlersnow.com
lynette.potter@butlersnow.com
will.cranford@butlersnow.com

*Attorneys for Defendants Kenneth Peters and Phyllis Morgan*

*/s/ Matthew Ward*
Mary-Coleman Roberts
Carrie G. Shaw
Matthew J. Ward

**ALABAMA DEPARTMENT OF CORRECTIONS**
Legal Division
301 S. Ripley Street
P.O. Box 301501
Montgomery, AL 36130
Telephone: (334) 241-8043
Facsimile: (334) 353-3891
marycoleman.roberts@doc.alabama.gov
carrie.shaw@doc.alabama.gov
matthew.ward@doc.alabama.gov

*Attorneys for Defendants C. Dean, G. Griffin, and Billy Kennedy*

*/s/ Thomas McKnight, Jr.*
Albert L. Jordan
Thomas A. McKnight, Jr.
Ben B. Robinson
**WALLACE, JORDAN, RATLIFF, & BRANDT, LLC**
800 Shades Creek Parkway, Suite 400
Birmingham, AL 35209
Telephone: (205) 870-0555
Facsimile: (205) 871-7534
tmcknight@wallacejordan.com
brobinson@wallacejordan.com
bjordan@wallacejordan.com

*Attorneys for Defendant Christie Sansing*


*/s/ Terri Olive Tompkins*
Terri Olive Tompkins
Christina A. Montgomery
**ROSEN HARWOOD**
2200 Jack Warner Parkway, Suite 200
Tuscaloosa, AL 35401
Telephone: (205) 344-5000
Facsimile: (205) 758-8358
ttompkins@rosenharwood.com
amontgomery@rosenharwood.com

*Attorney for Defendant John Rodgers*

*/s/ Angela Shields*
Angela Shields
A. Joe Peddy
**SMITH, SPIRES & PEDDY, P.C.**
3500 Colonnade Parkway
Suite 3560
Birmingham, AL 35243
Telephone: (205) 251-5885
Facsimile: (205) 251-8642
attorneys@ssp-law.com

4

ashields@ssp-law.com

*Attorneys for Defendant P&M Mechanical, Inc.*

*/s/ Freddie Harrington, Jr.*
Freddie N. Harrington, Jr.
**STOTT & HARRINGTON, PC**
2637 Valleydale Road, Suite 100
Birmingham, AL 35244
Telephone: (205) 573-0500
freddie@stottharrington.com

*Attorney for Defendant Taylor Electrical Contractors, Inc.*

*/s/ Hunter C. Carroll*
Hunter C. Carroll
Anna Michele Tullar
Michael H. Gregory
**HAGWOOD AND TIPTON, PC**
600 Vestavia Parkway, Suite 125
Birmingham, AL 35216
Telephone: (601) 608-6300
hccefilings@hatlawfirm.com
atullar@hatlawfirm.com
mgregory@hatlawfirm.com

*Attorneys for Defendant LS&R, LLC*

*/s/ Hillary Williamson*
Hilary Williamson
Hillary Chinigo Campbell
Ed Sledge
**BRADLEY ARANT BOULT CUMMINGS**
1819 5th Avenue North,
Birmingham, AL 35023
Telephone: (205) 521-8280
Facsimile: (205) 488-6280
hcampbell@bradley.com
hwilliamson@bradley.com
esledge@bradley.com

*Attorney for Defendant Automated Logic Contracting Services, Inc.*

*/s/ David Lee McAlister*
David Lee McAlister
**CARR ALLISON**
100 Vestavia Parkway
Vestavia, AL 35216

*Attorney for  STC World Wide, LLC*

5

/s/ L. William Smith
Christina M. Malmat
Jon C. Goldfarb
L. William Smith
**WIGGINS, CHILDS, PANTAZIS, FISHER, & GOLDFARB, LLC**
301 19th Street North
Birmingham, AL 35203
Telephone: (205) 314-0500
Facsimile: (205) 254-1500
cmalmat@wigginschilds.com
jcg@wigginschilds.com
wsmith@wigginschilds.com

*Attorneys for Plaintiff*